123 A.3d 775

**Michael HOLMES, Petitioner**

**v.**

**Kathleen KANE, Attorney General; John Kerestes, Superintendent, et al., Respondents.**

**No. 102 EM 2015.**

Supreme Court of Pennsylvania.

Oct. 5, 2015.

*ORDER*

PER CURIAM

**AND NOW,** this 5th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**